# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BRIAN K. COSS,**

    **Plaintiff,**

**v.**                                                         Case No.  8:03-cv-129-T-30EAJ

**SUNBELT RENTALS, INC.,**

    **Defendant.**

_____

## ORDER

    THIS CAUSE comes before the Court upon Defendant's Motion for New Trial, Relief from Judgment or Alternatively, Motion for Remittitur of Excessive Damages (Dkt. 136), Plaintiff's Response (Dkt. 152) and hearing on the same.  Upon review and consideration, it is

    ORDERED AND ADJUDGED that:

    1.    Defendant's Motion for a New Trial is **DENIED**.

    2.    Defendant's Motion for Remittitur is **GRANTED** as to the $10,000 awarded to Plaintiff for the sale of his truck, but **DENIED** as to the $25,000 awarded to Plaintiff for emotional distress.  Plaintiff's sale of his work truck after more than a year of use is an inappropriate measure of damages in this employment litigation.

    **DONE** and **ORDERED** in Tampa, Florida on August 29, 2005.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-129 Motion for new trial and remittitur.frm